3:02 

◀ Search

  Respond now



**J**  **Justin Wilson**
Dec 11 · 1:12 PM

★☆☆☆☆

"Ibrayeva v Kublan"

I would encourage anyone considering retainment of Kublan to first search via Google "Ibrayeva v Kublan" and read the resulting document carefully and in full. It is the case summary of an appeal to a ruling for divorce filed by Kublan's former wife (and mother of their children). The document states Kublan represented himself in the matter.

Kublan has adopted the approach and argumentation reflected in his own divorce proceding in subsequent client representations. Potential clients risk suboptimal outcomes as his approach may result in a negative reputation and/or poor credibility among some judges in Virginia.

Again, I would urge careful consideration of the case summary noted above before contacting this lawyer.

  Respond as Kublan Khan PLC…